

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2016

No. 04-16-00063-CV

**TEAL TRADING AND DEVELOPMENT, LTD**.,
Appellant

v.

**CHAMPEE SPRINGS RANCHES PROPERTY OWNERS ASSOC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The district clerk's request for an extension of time to file the clerk's record is GRANTED. The clerk's record is due on June 10, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court